No. 1014, Misc. HAYNESWORTH *v.* OHIO. Supreme Court of Ohio. Certiorari denied.

No. 1027, Misc. CORBIN *v.* MYERS, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 1030, Misc. HOUSTON *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 1032, Misc. DUARTE ET AL. *v.* BANK OF HAWAII. C. A. 9th Cir. Certiorari denied. *O. P. Soares* for petitioners.

No. 1033, Misc. IN RE HINES. Supreme Court of Wyoming. Certiorari denied.

No. 1034, Misc. SMITH *v.* NEW MEXICO. Supreme Court of New Mexico. Certiorari denied.

No. 1036, Misc. SKANTZE *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *T. Emmett McKenzie* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 1037, Misc. LEE *v.* ALABAMA. Supreme Court of Alabama. Certiorari denied. Petitioner *pro se. MacDonald Gallion,* Attorney General of Alabama, and *George D. Mentz,* Assistant Attorney General, for respondent.

No. 1039, Misc. BOWEN *v.* FAY, WARDEN. C. A. 2d Cir. Certiorari denied.